FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 11, 2022

No. 04-22-00026-CV

**IN RE** Robert **TEJEDA**,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-25811
Honorable John D. Gabriel Jr., Judge Presiding

# O R D E R

Sitting:  Rebeca C. Martinez, Chief Justice
     Patricia Alvarez, Justice
     Luz Elena D. Chapa, Justice

On January 11, 2022, relator Robert Tejeda filed a petition for writ of mandamus and a motion for emergency temporary relief. This court believes a serious question concerning the mandamus relief sought requires further consideration. We **ORDER** real party in interest Sylvia R. Mendelsohn to file a response to the petition by 9:00 a.m., January 12, 2022. The court will also entertain a timely response from respondents the Honorable John D. Gabriel, Jr., Monica Alcantara, and Jacquelyn F. Callanen.

We **GRANT** relator's motion for temporary emergency relief. Until further order of this court, we **STAY** the January 6, 2022 permanent injunction order signed by respondent the Honorable John D. Gabriel, Jr.

It is so **ORDERED** January 11, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT